425 A.2d 746

**COMMONWEALTH of Pennsylvania**

v.

**Granfort RODGERS, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1981.

Decided Feb. 27, 1981.

John W. Packel, Asst. Public Defender, Chief, Appeals Div., Jeffrey Staniels, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Jane Greenspan, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION OF THE COURT

PER CURIAM:

The appeal is dismissed, 259 Pa.Super. 376, 393 A.2d 876, as being improvidently granted.